IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MATTHEW FAISON, JR.,
#038634-F11213 Upper,

    Plaintiff,

vs.                               CASE NO. 5:09cv404/RS-AK

UNITED STATES ATTORNEY GENERAL,
et al,

    Defendants.
_____/

## ORDER

Plaintiff's Motion For Stay (Doc. 12) is **denied**.

**ORDERED** on April 26, 2010.

                                       /S/ Richard Smoak
                                       **RICHARD SMOAK**
                                       **UNITED STATES DISTRICT JUDGE**